**Paul A. MITCHELL, Plaintiff-Appellant,**

**v.**

**William B. TRAXLER, Jr.; James C. Dever, III; Philip A. Baddour, Jr.; Joshua M. Krasner, Defendants-Appellees.**

No. 16-1507

United States Court of Appeals, Fourth Circuit.

Submitted: December 29, 2016

Decided: January 10, 2017

Paul A. Mitchell, Appellant Pro Se.

Before GREGORY, Chief Judge, FLOYD, Circuit Judge, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul A. Mitchell appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mitchell v. Traxler, No. 5:15-cv-00399-H (E.D.N.C. Mar. 31, 2016). We further deny Mitchell's motion for a restraining order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED